Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2019 JUL 31 PM 2: 19
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

Civil Division

| | | |
|---|---|---|
| Brian Evans | ) | Case No. 3:19-cv-68 |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) | Jury Trial: *(check one)* ✓ Yes ☐ No |
| -v- | ) | |
| Crowe & Mulvey, LLP<br>Cosgrove, Eisenberg, & Kiley, P.C.<br>(See Attached) | ) ) ) ) | |
| *Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) | |

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brian Evans |
| Street Address | 101 Stone Mill Run #61 |
| City and County | Athens |
| State and Zip Code | Georgia 30605 |
| Telephone Number | 407-747-6955 |
| E-mail Address | belasvegas@yahoo.com |

    **B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Crowe & Mulvey, LLP |
| Job or Title *(if known)* | |
| Street Address | 77 Franklin Street, 3rd Floor |
| City and County | Boston, Suffolk County |
| State and Zip Code | Massachusetts 02110 |
| Telephone Number | 617-426-4488 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Cosgrove, Eisenberg, & Kiley, P.C. |
| Job or Title *(if known)* | |
| Street Address | 803 Hancock Street, P.O. Box 189 |
| City and County | Quincy |
| State and Zip Code | Massachusetts 02170-0997 |
| Telephone Number | 617-479-7770 |
| E-mail Address *(if known)* | leisenberg@ceklaw.net |

Defendant No. 3

| | |
|---|---|
| Name | Florence Carey |
| Job or Title *(if known)* | Individually and attorney for Capacity at Crowe & Mulvey, LLP |
| Street Address | 77 Franklin Street, 3rd Floor |
| City and County | Boston, Suffolk County |
| State and Zip Code | Massachusetts 02110 |
| Telephone Number | 617-426-4488 |
| E-mail Address *(if known)* | fcarey@croweandmulvey.com |

Defendant No. 4

| | |
|---|---|
| Name | Elizabeth Mulvey |
| Job or Title *(if known)* | Individually and attorney for Capacity at Crowe & Mulvey, LLP |
| Street Address | 77 Franklin Street, 3rd Floor |
| City and County | Boston, Suffolk County |
| State and Zip Code | Massachusetts 02110 |
| Telephone Number | 617-426-4488 |
| E-mail Address *(if known)* | emulvey@criweandmulvey.com |

Continuation of I. B (Additional Defendants)

Defendant No. 5

Name: Robert Crowley

Job or Title: Individually and in his capacity as an attorney for Crowe & Mulvey

Street Address: 77 Franklin Street, 3rd Floor

City and County: Boston, Suffolk County

State and Zip Code: Massachusetts 02110


Defendant No. 6

Name: Phil Crowe

Job or Title: Individually and in his capacity as an attorney for Crowe & Mulvey

Street Address: 77 Franklin Street, 3rd Floor

City and County: Boston, Suffolk County

State and Zip Code: Massachusetts 02110


Defendant No. 7

Name: Lewis Eisenberg

Job or Title: Individually and in his capacity as an attorney for Cosgrove, Eisenberg, & Kiley, P.C.

Street Address: 803 Hancock Street, P.O. Box 189

City and County: Quincy

State and Zip Code: Massachusetts 02170-0997


Defendant No. 8

DOES 1-10

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Diversity Jurisdiction 28 US Code 1332

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Brian Evans, is a citizen of the State of *(name)* Georgia.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* ~~Crowe & Mulvey, LLP~~ Florence Carey, is a citizen of the State of *(name)* Massachusetts. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Crowe & Mulvey, LLP, is incorporated under the laws of the State of *(name)* Massachusetts, and has its principal place of business in the State of *(name)* Massachusetts.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* Massachusetts.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$10,000,000 plus punitive damages

### III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendants violated Copyright Law and have attempted to intimidate the Plaintiff into refraining from file a legal malpractice case against them. While Plaintiff was in Georgia, Defendants collectively, as the evidence will show, conspired to intimidate, violated Copyright Law when removing video from a Copyrighted website and video owned by the Plaintiff, and proceeded to upload that video just two days after Plaintiff sent a demand letter seeking records for a forthcoming legal malpractice case against them. Both Crowe & Mulvey, and their law firm that intends to represent them in the legal malpractice case, introduced this copyright-violated materials into Georgia, have attempted to intimidate him. Evidence to this will be further displayed in Plaintiff's Reply to Answer.

### IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Copyright violation, intimidation of me as a witness, and emotional distress have caused the Plaintiff to be unable to function and work in his routine manner. As Plaintiff is an entertainer, the damages to the Plaintiff are costing him the ability to work due to such emotional distress and intimidation. Copyright violations alone, intentionally, carries a fine of $150,000 alone per infringement, and each time a viewer sees this video, it is an individual act of infringement.

Continuation of 2.

c.

The defendant, Robert Crowley, is a citizen of the state of Massachusetts.

d.

The defendant, Lewis Eisenberg, is a citizen of the state of Massachusetts.

e.

The defendant, Elizabeth Mulvey, is a citizen of the state of Massachusetts.

f.

The defendant, Phil Crowe, is a citizen of the state of Massachusetts.

g.

The defendant, Cosgrove, Eisenberg, & Kiley, P.C., is a P.C. of Massachusetts

h.

DOES 1-10

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/31/2019

Signature of Plaintiff

Printed Name of Plaintiff: Brian Evans

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address