IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BRIAN EVANS, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No.: 3:19-CV-00068 (CAR) |
| v. : | |
| : | |
| CROWE & MULVEY LLP et al, : | |
| : | |
| Defendant. : | |

## ORDER DISMISSING CASE

On August 29, 2019, this Court granted *pro se* Plaintiff's motion for leave to proceed *in forma pauperis* but, because Plaintiff failed to state a claim, did not order service of process on Defendant. However, rather than dismiss his case pursuant to 28 U.S.C. § 1915(e), the Court allowed Plaintiff twenty-one days to file an amended complaint.[1] In its Order, the Court specifically set forth the factual details necessary for Plaintiff to include in his amended complaint in order to state a claim. Moreover, the Court specifically warned Plaintiff that failure to comply with the Order would result in a dismissal of this action. Plaintiff has failed to comply with the Court's Order to file an

---

[1] Order [Doc. 4].

1

amended complaint.  As thoroughly explained in its previous Order, because Plaintiff fails to state a claim upon which relief may be granted, Plaintiff's case is hereby **DISMISSED** pursuant to 28 U.S.C. § 1915(e).

    **SO ORDERED**, this 27th day of September, 2019

                              <u>S/  C. Ashley Royal</u>
                              C. ASHLEY ROYAL, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT